2001 ME 10

## Estate of Ernest O. SPROWL

Supreme Judicial Court of Maine.

Submitted On Briefs: Dec. 20, 2000.

Decided: Jan. 17, 2001.

Nathan Dane III, Esq., Bangor, for appellant.

Barbara T. Schneider, Esq., Murray Plumb & Murray, Portland, for appellee.

Panel: WATHEN, C.J., and CLIFFORD, RUDMAN, DANA, SAUFLEY, ALEXANDER, and CALKINS, JJ.

PER CURIAM.

Ava B. Cunningham, personal representative of the Estate of Avis B. Sprowl, appeals from a judgment entered in the Probate Court, Knox County (*Emery, J.*) (1) granting a summary judgment in favor of David Sprowl, personal representative of the Estate of Ernest O. Sprowl and (2) denying, as time barred, her petition to surcharge David Sprowl. The parties limited their argument to the applicability of 14 M.R.S.A. § 752.[1] The court rested its decision on section 752. Because neither the parties nor the court considered the applicability of 18–A M.R.S.A. § 3–1005,[2] we vacate the judgment of the Knox Coun-

ment, the rights of successors and of creditors whose claims have not otherwise been barred against the personal representative for breach of fiduciary duty are barred unless a proceeding to assert the same is commenced within 6 months after the filing of the closing statement. The rights thus barred do not include rights to recover from a personal representative for fraud, misrepresentation, or inadequate disclosure related to the settlement of the decedent's estate.
18–A  M.R.S.A. § 3–1005 (1998).

ty Probate Court and remand for consideration of the applicability of section 3–1005.

The entry is:

Judgment vacated and remanded to Knox County Probate Court.